NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

22-772 consolidated with 22-742

IN RE: P.C.C. AND

V.R.C. FOR THE INTRA-FAMILY

ADOPTION OF N.L.B.

**********

APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT
PARISH OF BEAUREGARD, NO. A-2022-0012
HONORABLE C. KERRY ANDERSON, DISTRICT JUDGE

**********

GUY E. BRADBERRY
JUDGE

**********

Court composed of Candyce G. Perret, Guy E. Bradberry, and Wilbur L. Stiles, Judges.

AFFIRMED.

**David L. Wallace**
**518 North Pine Street**
**DeRidder, LA 70634**
**(337) 462-0473**
**COUNSEL FOR APPELLEES:**
**P.C.C.**
**V.R.C.**

**Michael Scott Harper**
**105 North Stewart Street**
**DeRidder, LA 70634**
**(337) 436-5532**
**COUNSEL FOR OTHER APPELLEE:**
**N.L.B. - child**

**James Edward Sudduth III**
**Sudduth & Associates**
**1109 Pithon Street**
**Lake Charles, LA 70601**
**(337) 480-0101**
**COUNSEL FOR APPELLANT:**
**J.L.B. - father**

**BRADBERRY, Judge.**

For the reasons stated in the consolidated case of *In Re: P.C.C. and V.R.C. For The Intra-Family Adoption of N.L.B.*, 22-742, ____So.3d____, the judgment appealed in the present case is affirmed.

**AFFIRMED.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2-16.3.